
JAG
×6695
MAD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **'22 MJ0373** |
| Plaintiff, ) | |
| ) | **COMPLAINT FOR VIOLATION OF** |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) |
| Jaqueline CHIUS, ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

On or about February 01, 2022, within the Southern District of California, Defendant Jaqueline CHIUS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Celina GARCIA-Flores had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd of February 2022.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Celina GARCIA-Flores is a citizen of a country other than the United States; that said alien admitted she is deportable; that her testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 1, 2022, at approximately 4:00 P.M., Jaqueline CHIUS (Defendant), a United States citizen, presented herself for inspection into the United States from Mexico at the Otay Mesa, California Port of Entry vehicle primary lanes. Defendant was the driver and sole visible occupant of a 2009 Chevy Traverse bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States passport as proof of her citizenship and said she was going to San Diego, California. The CBP Officer received a computer-generated alert on the vehicle. The CBP Officer obtained two negative declarations and referred Defendant and the vehicle to secondary for further inspection.

In secondary, the Defendant drove her Chevy Traverse through the Z-Portal X-ray machine. The CBP Officer operating the Z-Portal observed what appeared to be anomalies in between the second and third row seats. The CBP Officer relayed her findings and CBP Officers responded and assisted in removing a female from between the second and third row seats. She was later identified as Celina GARCIA-Flores (MW), a citizen of Mexico. Defendant was escorted to the security office for further investigation. MW was found to be without documents to enter the United States and held as Material Witness.

During a videotaped interview, MW admitted she is a citizen of Mexico with no documents to lawfully enter or reside in the United States. MW stated her cousin made the smuggling arrangements with unknown persons for a smuggling fee of $15,000 U.S. dollars to be paid upon successful entry. MW stated he was going to Los Angeles, California.